IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

WILLIE RAY PORCHIA, SR.                                                                          PLAINTIFF

v.                                    Case No. 1:13-cv-01038

SHERIFF DAVID NORWOOD;
LT. JOE STRICKLAND; JAMES BOLTON;
DOUG WOODS; CARMEN BRIAN;
TERI WEST; CHRIS LINDSEY; and
ADRIAN MCFARLAND                                                                               DEFENDANTS

### ORDER

Before the Court is the Report and Recommendation filed January 20, 2016 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 36). Judge Bryant recommends that Defendants' Motion for Summary Judgment be granted and Plaintiff's claims be dismissed.

The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). The Court adopts the Report and Recommendation *in toto*. Accordingly, Defendants' Motion for Summary Judgment (ECF No. 24) is hereby **GRANTED**. Plaintiff's claims against Defendants David Norwood, Lt. Joe Strickland, James Bolton, Doug Woods, Carmen Brian, Teri West, and Chris Lindsey are all be dismissed with prejudice. Plaintiff's claims against Defendant Adrian McFarland are dismissed without prejudice pursuant to 28 U.S.C. §§ 1915(e)(2)(B) & 1915(A).

**IT IS SO ORDERED**, this 10th day of February, 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge